UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SIDNEY V. NICHOLSON,

Plaintiff,

v.

LEE CANYON SKI LIFTS ; POWDR CORPORATION,

Defendants.

Case No. 2:26-cv-02384-JAD-EJY

**ORDER**

A review of the docket in this matter shows mail sent to Plaintiff was returned undeliverable. ECF No. 6. Plaintiff, who is appearing *pro se*, must maintain an accurate address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. The Rule states that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must file an updated address with the Clerk of Court no later than **September 14, 2026**.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with the terms of this Order may result in a recommendation to dismiss this matter without prejudice.

DATED this 24th day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE